[No. 16342-3-III.   Division Three.   December 2, 1997.]

RONALD E. LONG, ET AL., *Appellants*, v. THE TOWN OF NACHES, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 95-2-01663-3, Susan L. Hahn, J., entered December 5, 1996. *Affirmed in part* and *reversed in part* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Thompson, J. Pro Tem.

[No. 15108-5-III.   Division Three.   December 4, 1997.]

*In the Matter of the Marriage of* DEBORAH WRIGHT, *Respondent*, and WILLIAM J. WRIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 93-3-00068-5, Fred L. Stewart, J., entered August 10, 1995. *Affirmed in part* and *remanded* by unpublished opinion per Kurtz, J., concurred in by Sweeney, C.J., and Schultheis, J.

[Nos. 15431-9-III; 15681-8-III.   Division Three.   December 4, 1997.]

JOHN NADDY, ET AL., *Appellants*, v. PIPER JAFFRAY, INCORPORATED, *Respondent*.

Appeals from a judgment of the Superior Court for Spokane County, No. 95-2-05882-0, Michael E. Donohue and Robert D. Austin, JJ., entered December 29, 1995 and March 22, 1996. *Affirmed in part, reversed in part* and *remanded* by unpublished opinion per Brown, J., concurred in by Schultheis, A.C.J., and Kurtz, J.

[No. 15654-1-III.   Division Three.   December 4, 1997.]

THE STATE OF WASHINGTON, *Appellant*, v. AARON RUNYON, *Respondent*.

Appeal from a judgment of the Superior Court for Franklin County, No. 95-1-50177-9, Craig Matheson, J., entered April 2, 1996. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Brown, JJ.